B1 (Official Form 1)(12/07)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bruti, Charles P** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-4439** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10163 Frankfort Main**<br>**Frankfort, IL**<br>ZIP Code **60423** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☒ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/07)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bruti, Charles P** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Anthony Bruti & Dara Bruti** | Case Number: **07B 12326** | Date Filed: **7/11/07** |
|---|---|---|
| District: **Northern District** | Relationship: **Son** | Judge: **Bruce W. Black** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/07) | Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Bruti, Charles P** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles P Bruti**
Signature of Debtor  **Charles P Bruti**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 27, 2007**
Date

### Signature of Attorney*

X **/s/ David E. Grochocinski**
Signature of Attorney for Debtor(s)

**David E. Grochocinski**
Printed Name of Attorney for Debtor(s)

**Grochocinski Grochocinski & Lloyd**
Firm Name

**1900 Ravinia Pl.**
**Orland Park, IL 60462**

_____
Address

**708-226-2700  Fax: 708-226-9030**
Telephone Number

**December 27, 2007**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  __Charles P Bruti__                                 Case No. _____
                                         Debtor(s)         Chapter    __11__

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Charles P Bruti**
                        **Charles P Bruti**

Date:    **December 27, 2007**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Charles P Bruti__ _____     Case No. _____

                                        Debtor(s)       Chapter    __11__ _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Heartland Bank & Trust<br>799 Heartland Drive<br>P.O. Box 350<br>Sugar Grove, IL 60554 | American Heartland Bank & Trust<br>799 Heartland Drive<br>P.O. Box 350<br>Sugar Grove, IL 60554 | guarantor | Contingent<br>Unliquidated | 540,103.90 |
| American Heartland Bank & Trust<br>799 Heartland Drive<br>P.O. Box 350<br>Sugar Grove, IL 60554 | American Heartland Bank & Trust<br>799 Heartland Drive<br>P.O. Box 350<br>Sugar Grove, IL 60554 | guarantor | Contingent<br>Unliquidated | 297,393.00 |
| American Heartland Bank & Trust<br>799 Heartland Drive<br>P.O. Box 350<br>Sugar Grove, IL 60554 | American Heartland Bank & Trust<br>799 Heartland Drive<br>P.o. Box 350<br>Sugar Grove, IL 60554 | guarantor | Contingent<br>Unliquidated | 297,368.00 |
| Arete 3 Ltd.<br>601 S. LaSalle Street<br>Suite 610<br>Chicago, IL 60605 | Arete 3 Ltd.<br>601 S. LaSalle Street<br>Suite 610<br>Chicago, IL 60605 | architectural services for various developments | Contingent<br>Unliquidated<br>Disputed | 144,264.40 |
| Charles Smith<br>c/o Schain Burney Ross et al<br>222 N. LaSalle Street, Suite 1910<br>Chicago, IL 60601 | Charles Smith<br>c/o Schain Burney Ross et al<br>222 N. LaSalle Street, Suite 1910<br>Chicago, IL 60601 | contribution for Nugent Square | Contingent<br>Unliquidated<br>Disputed | 211,625.48 |
| First Community Bank<br>1111 Dixie Hwy<br>Beecher, IL 60401 | First Community Bank<br>1111 Dixie Hwy<br>Beecher, IL 60401 | construction loan/Prairie Crossings | Contingent<br>Unliquidated<br>Disputed | 553,403.00 |
| First United Bank<br>7626 W. Lincoln Hwy<br>Frankfort, IL 60423 | First United Bank<br>7626 W. Lincoln Hwy<br>Frankfort, IL 60423 | guarantor of construction loan for Aurelios of Orland | Contingent | 656,838.88 |
| First United Bank<br>7626 W. Lincoln Hwy<br>Frankfort, IL 60423 | First United Bank<br>7626 W. Lincoln Hwy<br>Frankfort, IL 60423 | guarantor | Contingent | 635,000.00 |
| First United Bank<br>7626 W. Lincoln Hwy<br>Frankfort, IL 60423 | First United Bank<br>7626 W. Lincoln Hwy<br>Frankfort, IL 60423 | guarantor | Contingent | 340,102.54 |

In re   **Charles P Bruti** _____   Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | **guarantor** | **Contingent**<br>**Unliquidated** | **670,501.93** |
| **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | **guarantor** | **Contingent**<br>**Unliquidated** | **208,528.68** |
| **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | **guarantor** | **Contingent**<br>**Unliquidated** | **259,950.00** |
| **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | **guarantor** | **Contingent**<br>**Unliquidated** | **225,131.85** |
| **Founders Bank**<br>**6825 West 111th Street**<br>**Worth, IL 60482** | **Founders Bank**<br>**6825 West 111th Street**<br>**Worth, IL 60482** | **guarantor for Bruit Associates** | **Contingent**<br>**Unliquidated** | **80,000.00** |
| **Founders Bank**<br>**14497 John Humphrey Drive**<br>**Orland Park, IL 60462** | **Founders Bank**<br>**14497 John Humphrey Drive**<br>**Orland Park, IL 60462** | **guarantor for Bruti Associates, Inc.** | **Contingent**<br>**Unliquidated** | **3,000,000.00** |
| **Founders Bank**<br>**14497 John Humphrey Drive**<br>**Orland Park, IL 60462** | **Founders Bank**<br>**14497 John Humphrey Drive**<br>**Orland Park, IL 60462** | **guarantor for Bruti Associates, Inc.** | **Contingent**<br>**Unliquidated** | **2,025,000.00** |
| **Founders Bank**<br>**14497 John Humphrey Drive**<br>**Orland Park, IL 60462** | **Founders Bank**<br>**14497 John Humphrey Drive**<br>**Orland Park, IL 60462** | **guarantor for Bruti Assoc., Ltd** | **Contingent**<br>**Unliquidated** | **1,184,000.00** |
| **Harris Bank**<br>**P.O. box 6201**<br>**Carol Stream, IL 60197** | **Harris Bank**<br>**P.O. box 6201**<br>**Carol Stream, IL 60197** | **home equity loan guarantee on Florida property owned by wife** | | **233,653.40** |
| **Shore Development Co.**<br>**c/o Cooper, Storm & Piscopo**<br>**117 S. Second Street**<br>**Geneva, IL 60134** | **Shore Development Co.**<br>**c/o Cooper, Storm & Piscopo**<br>**117 S. Second Street**<br>**Geneva, IL 60134** | **judgment entered by default/prove-up** | **Contingent**<br>**Disputed** | **2,779,980.00** |
| **United Mileage Plus**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | **United Mileage Plus**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | **business debt** | | **40,845.68** |

In re    **Charles P Bruti**  _____    Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    **December 27, 2007**  _____    Signature    **/s/ Charles P Bruti**  _____

                                                        **Charles P Bruti**
                                                         Debtor


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Charles P Bruti**                                                                Case No. _____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxxxxx9296** <br><br> **CCO Mortgage** <br> **P.O. Box 6260** <br> **Glen Allen, VA 23058** | | - | | | **first mortgage** <br><br> **1047 Lincoln Drive, Manteno, IL** <br><br><br> Value $          **Unknown** | | | | **105,394.49** | **Unknown** |
| Account No. **xxxxxx2703** <br><br> **Chrysler Financial** <br> **P.O. Box 55000** <br> **Dept 277001** <br> **Detroit, MI 48255** | | - | | | **automobile lien** <br><br> **2004 Chrysler Sebring LI** <br><br><br> Value $          **7,950.00** | | | | **2,327.79** | **0.00** |
| Account No. **xxxxxx7524** <br><br> **Harris NA** <br> **P.O. Box 6201** <br> **Carol Stream, IL 60197** | X | - | | | **home equity line of credit** <br><br> **10163 Frankfort Main, Frankfort, IL 60423** <br><br> Value $          **Unknown** | | | | **102,294.91** | **Unknown** |
| Account No. **xxxxxx3307** <br><br> **Harris NA** <br> **P.O. Box 5043** <br> **Rolling Meadows, IL 60008** | X | - | | | **first mortgage** <br><br> **10163 Frankfort Main, Frankfort, IL 60423** <br><br> Value $          **Unknown** | | | | **227,081.80** | **Unknown** |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | **437,098.99** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **437,098.99** | **0.00** |

B6E (Official Form 6E) (12/07)

.

In re __Charles P Bruti_____,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__  continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Charles P Bruti**
_____,   Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx-xxxx-xxxx-9476 <br><br> **Amazon.com <br> P.O. Box 15153 <br> Wilmington, DE 19886** | | - | | | **business debt** | | | | 7,011.89 |
| Account No. XXXXXXXx-x1009 <br><br> **American Express <br> Suite 0002 <br> Chicago, IL 60679** | X | - | | | **business debt** | X | X | | 175.68 |
| Account No. <br><br> **American Heartland Bank & Trust <br> 799 Heartland Drive <br> P.O. Box 350 <br> Sugar Grove, IL 60554** | X | - | | | **guarantor** | X | X | | 297,393.00 |
| Account No. <br><br> **American Heartland Bank & Trust <br> 799 Heartland Drive <br> P.O. Box 350 <br> Sugar Grove, IL 60554** | X | - | | | **guarantor** | X | X | | 540,103.90 |

__8__ continuation sheets attached

Subtotal
(Total of this page)          **844,684.47**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     S/N:29789-071129   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles P Bruti**                                                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**American Heartland Bank & Trust**<br>**799 Heartland Drive**<br>**P.o. Box 350**<br>**Sugar Grove, IL 60554** | X | - | | guarantor | X | X | | 297,368.00 |
| Account No. **xxCH 3207**<br><br>**Arete 3 Ltd**<br>**c/o Dirk Van Beek**<br>**7220 W. 194th Street, Suite 104**<br>**Tinley Park, IL 60487** | | - | | notice purposes only | | | | 0.00 |
| Account No. **xxCH 3207**<br><br>**Arete 3 Ltd.**<br>**601 S. LaSalle Street**<br>**Suite 610**<br>**Chicago, IL 60605** | X | - | | architectural services for various developments | X | X | X | 144,264.40 |
| Account No.<br><br>**Aurelio's Pizza Franchise, Ltd.**<br>**18162 S. Harwood Avenue**<br>**Homewood, IL 60430** | X | - | | 2/6/06<br>franchise agreement for Aurelios of Lockport, Ltd. | X | X | | Unknown |
| Account No.<br><br>**Aurelios Pizza Franchise**<br>**18162 S. Harwood Avenue**<br>**Homewood, IL 60430** | X | - | | Aurelios franchise for Orland Park Store | X | X | | Unknown |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

441,632.40

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles P Bruti**                                                     ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-7173** <br><br>**Bank of America** <br>**P.O. Box 15026** <br>**Wilmington, DE 19850** | | - | | business debt | | | | 34,389.92 |
| Account No. **xxLM 3704** <br><br>**Campus Properties Mgmt, Inc.** <br>**c/o Steven Prodehl** <br>**1861 Black Road** <br>**Joliet, IL 60435** | X | - | | open account | X | X | X | 24,972.40 |
| Account No. <br><br>**Charles Smith** <br>**c/o Schain Burney Ross et al** <br>**222 N. LaSalle Street, Suite 1910** <br>**Chicago, IL 60601** | | - | | contribution for Nugent Square | X | X | X | 211,625.48 |
| Account No. **xxxxxxxxxxxx4479** <br><br>**Chase** <br>**P.O. Box 15153** <br>**Wilmington, DE 19850** | | - | | business account | | | | 10,656.03 |
| Account No. **x8361** <br><br>**First Community Bank** <br>**1111 Dixie Hwy** <br>**Beecher, IL 60401** | X | - | | construction loan/Prairie Crossings | X | X | X | 553,403.00 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 835,046.83 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles P Bruti**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First Community Bank & Trust** <br>**1111 Dixie HWy** <br>**P.O. Box 457** <br>**Beecher, IL 60401** | X | - | | **11/07** <br>**loan to Bruti Assoc** | X | X | X | <br><br><br><br>22,480.38 |
| Account No. **xxxxxxxx046-3** <br><br>**First United Bank** <br>**7626 W. Lincoln Hwy** <br>**Frankfort, IL 60423** | X | - | | **guarantor** | X | X | | <br><br><br><br>259,950.00 |
| Account No. **xxxxxxxx048-1** <br><br>**First United Bank** <br>**7626 W. Lincoln Hwy** <br>**Frankfort, IL 60423** | X | - | | **guarantor** | X | X | | <br><br><br><br>208,528.68 |
| Account No. **xxxxxxx183-9** <br><br>**First United Bank** <br>**7626 W. Lincoln Hwy** <br>**Frankfort, IL 60423** | X | - | | **guarantor** | X | | | <br><br><br><br>340,102.54 |
| Account No. **xxxxxxxx029-8** <br><br>**First United Bank** <br>**7626 W. Lincoln Hwy** <br>**Frankfort, IL 60423** | X | - | | **guarantor** | X | X | | <br><br><br><br>670,501.93 |

Sheet no. __3___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,501,563.53**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Charles P Bruti**_____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxx104-5** | | | | | guarantor | | | | |
| First United Bank 7626 W. Lincoln Hwy Frankfort, IL 60423 | X | - | | | | X | | | 635,000.00 |
| Account No. **xxxxxxxxx1228** | | | | | guarantor | | | | |
| First United Bank 7626 W. Lincoln Hwy Frankfort, IL 60423 | X | - | | | | X | X | | 225,131.85 |
| Account No. **xxxxxxx1840** | | | | | guarantor of construction loan for Aurelios of Orland | | | | |
| First United Bank 7626 W. Lincoln Hwy Frankfort, IL 60423 | X | - | | | | X | | | 656,838.88 |
| Account No. **xxxxx5281** | | | | | guarantor for Bruti Assoc., Ltd | | | | |
| Founders Bank 14497 John Humphrey Drive Orland Park, IL 60462 | X | - | | | | X | X | | 1,184,000.00 |
| Account No. | | | | | notice purposes only | | | | |
| Founders Bank c/o Richard Burke | | - | | | | | | | 0.00 |

Sheet no. __**4**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,700,970.73**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles P Bruti**                                                    ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx5283** | | | | guarantor for Bruit Associates, Inc. | | | | |
| **Founders Bank** **14497 John Humphrey Drive** **Orland Park, IL 60462** | X | - | | | X | X | | 2,025,000.00 |
| Account No. **xxxxx5284** | | | | guarantor for Bruti Associates, Inc. | | | | |
| **Founders Bank** **14497 John Humphrey Drive** **Orland Park, IL 60462** | X | - | | | X | X | | 3,000,000.00 |
| Account No. **xxxxx5280** | | | | guarantor for Bruit Associates | | | | |
| **Founders Bank** **6825 West 111th Street** **Worth, IL 60482** | X | - | | | X | X | | 80,000.00 |
| Account No. | | | | lease Aurelios of Orland | | | | |
| **GSWT Orland Park LLC** **c/o Zifkin Realty Mgmt LLC** **560 W. Washington, Suite 400** **Chicago, IL 60661** | X | - | | | X | X | | 22,199.61 |
| Account No. | | | | notice purposes only | | | | |
| **GSWT Orland Park, LLC** **c/o Schwartz Cooper** **180 N. LaSalle, Suite 2700** **Chicago, IL 60601** | | - | | | | | | 0.00 |
| Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 5,127,199.61 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles P Bruti**                                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx7524** <br><br> **Harris Bank** <br> **P.O. box 6201** <br> **Carol Stream, IL 60197** | X | - | | | **home equity loan guarantee on Florida property owned by wife** | | | | **233,653.40** |
| Account No. **xxxxx2BU573** <br><br> **Lexus Financial Services** <br> **P.O. Box 4102** <br> **Carol Stream, IL 60197** | X | - | | | **auto leases (2)** <br> **GS 300 - Red & Black** | | X | | **40,000.00** |
| Account No. **TBS-Lockport, LLC** <br><br> **Lockport LAD, LLC** <br> **P.O. Box 8642** <br> **Rolling Meadows, IL 60008** | X | - | | | **shopping center lease** | X | X | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-2338** <br><br> **National City** <br> **K-A16-F5** <br> **P.O. box 2349** <br> **Kalamazoo, MI 49003** | X | - | | | **business debt** | X | X | X | **1,106.23** |
| Account No. **xxL 0413** <br><br> **Shore Development Co.** <br> **c/o Cooper, Storm & Piscopo** <br> **117 S. Second Street** <br> **Geneva, IL 60134** | X | - | | | **12/12/07** <br> **judgment entered by default/prove-up** | X | | X | **2,779,980.00** |

| Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **3,054,739.63** |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles P Bruti**                                          , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Sammy Air single member LLC signed on behalf of LLC managment agreement | | | | |
| Skystead, Inc. 200 Aviation Drive North Suite 6 Naples, FL 34104 | X | - | | | | X | X | | 0.00 |
| Account No. **x6L 233** | | | | | business debt | | | | |
| Tidal Construction Services, Inc. c/o Schussler & Kutsulis, Ltd. 9631 West 153rd Street, Suite 35 Orland Park, IL 60462 | X | - | | | | X | X | | 22,521.00 |
| Account No. **xxxx-xxxx-xxxx-8823** | | | | | business debt | | | | |
| United Mileage Plus P.O. Box 15153 Wilmington, DE 19886 | | - | | | | | | | 40,845.68 |
| Account No. **x6L233** | | | | | business debt | | | | |
| V&L Plumbing, Inc. c/o Schussler & Kutsulis, Ltd 9631 West 153rd Street, Suite 35 Orland Park, IL 60462 | X | - | | | | X | X | | 26,538.00 |
| Account No. **x7AR 607** | | | | | installment note for advertising | | | | |
| West & Zajac Advertising c/o Lulich & Goff 9501 W. 144th Place, Suite 201 Orland Park, IL 60462 | X | - | | | | | | | 17,126.81 |

Sheet no. _**7**_ of _**8**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          107,031.49

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles P Bruti** _____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6L 233** | | | business debt | | | | |
| **Wilson Heating & Air Conditioning c/o Schussler & Kutsulis, Ltd. 9631 West 153rd Street, Suite 35 Orland Park, IL 60462** | X | - | | X | X | | **17,278.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**8**___ of __**8**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **17,278.00** |
| Total (Report on Summary of Schedules) | | **14,630,146.69** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Charles P Bruti** _____,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Aurelios Pizza Franchise**<br>**18162 S. Harwood Avenue**<br>**Homewood, IL 60430** | **franchise agreement for Aurelios of Lockport and**<br>**Orland** |
| **GSWT Orland Park, LLC**<br>**c/o Zifkin Realty Mgmt LLC**<br>**560 W. Washington, Suite 400**<br>**Chicago, IL 60661** | **lease** |
| **Lexus Financial Services**<br>**P.O. Box 4102**<br>**Carol Stream, IL 60197** | **lease on vehicle** |
| **Lockport LAD LLC**<br>**P.O. Box 8642** | **shopping center lease** |
| **Skystead, Inc.**<br>**200 Aviation Drive North**<br>**Suite 6**<br>**Naples, FL 34104** | **management agreement for operation of airplane** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **Charles P Bruti**                                                                 ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Aurelio's of Lockport, Ltd** | **Campus Properties Mgmt, Inc.**<br>**c/o Steven Prodehl**<br>**1861 Black Road**<br>**Joliet, IL 60435** |
| **Aurelios of Lockport** | **Lockport LAD, LLC**<br>**P.O. Box 8642**<br>**Rolling Meadows, IL 60008** |
| **Aurelios of Lockport, Ltd** | **American Heartland Bank & Trust**<br>**799 Heartland Drive**<br>**P.o. Box 350**<br>**Sugar Grove, IL 60554** |
| **Aurelios of Lockport, Ltd.** | **Aurelio's Pizza Franchise, Ltd.**<br>**18162 S. Harwood Avenue**<br>**Homewood, IL 60430** |
| **Aurelios of Lockport, Ltd.** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** |
| **Aurelios of Orland** | **GSWT Orland Park LLC**<br>**c/o Zifkin Realty Mgmt LLC**<br>**560 W. Washington, Suite 400**<br>**Chicago, IL 60661** |
| **Aurelios of Orland Ltd** | **Aurelios Pizza Franchise**<br>**18162 S. Harwood Avenue**<br>**Homewood, IL 60430** |
| **Aurelios of Orland Ltd** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** |
| **Barbara Bruti** | **Harris NA**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197** |
| **Barbara Bruti** | **Harris Bank**<br>**P.O. box 6201**<br>**Carol Stream, IL 60197** |
| **Barbara J. Bruti** | **Harris NA**<br>**P.O. Box 5043**<br>**Rolling Meadows, IL 60008** |

**2**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re   **Charles P Bruti**
_____,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bruti Associates** | **Founders Bank**<br>**14497 John Humphrey Drive**<br>**Orland Park, IL 60462** |
| **Bruti Associates, Ltd.** | **National City**<br>**K-A16-F5**<br>**P.O. box 2349**<br>**Kalamazoo, MI 49003** |
| **Bruti Associates, Ltd.** | **Founders Bank**<br>**14497 John Humphrey Drive**<br>**Orland Park, IL 60462** |
| **Bruti Associates, Ltd.** | **Founders Bank**<br>**14497 John Humphrey Drive**<br>**Orland Park, IL 60462** |
| **Bruti Associates, Ltd.** | **Founders Bank**<br>**6825 West 111th Street**<br>**Worth, IL 60482** |
| **Bruti Associates, Ltd.** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** |
| **Bruti Associates, Ltd.** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** |
| **Bruti Associates, Ltd.** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** |
| **Bruti Associates, Ltd.** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** |
| **Bruti Associates, Ltd.** | **Wilson Heating & Air Conditioning**<br>**c/o Schussler & Kutsulis, Ltd.**<br>**9631 West 153rd Street, Suite 35**<br>**Orland Park, IL 60462** |
| **Bruti Associates, Ltd.** | **First United Bank**<br>**7626 W. Lincoln Hwy**<br>**Frankfort, IL 60423** |
| **Bruti Associates, Ltd.** | **Lexus Financial Services**<br>**P.O. Box 4102**<br>**Carol Stream, IL 60197** |

Sheet __**1**__ of __**2**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Charles P Bruti**                                            ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bruti Associates, Ltd.** | **First Community Bank & Trust**<br>**1111 Dixie HWy**<br>**P.O. Box 457**<br>**Beecher, IL 60401** |
| **Bruti Associates, Ltd.** | **West & Zajac Advertising**<br>**c/o Lulich & Goff**<br>**9501 W. 144th Place, Suite 201**<br>**Orland Park, IL 60462** |
| **Bruti Associates, Ltd.** | **Arete 3 Ltd.**<br>**601 S. LaSalle Street**<br>**Suite 610**<br>**Chicago, IL 60605** |
| **Bruti Associates, Ltd.** | **First Community Bank**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401** |
| **Bruti Associates, Ltd.** | **Shore Development Co.**<br>**c/o Cooper, Storm & Piscopo**<br>**117 S. Second Street**<br>**Geneva, IL 60134** |
| **Bruti Associates, Ltd.** | **V&L Plumbing, Inc.**<br>**c/o Schussler & Kutsulis, Ltd**<br>**9631 West 153rd Street, Suite 35**<br>**Orland Park, IL 60462** |
| **Bruti Associates, Ltd.** | **Tidal Construction Services, Inc.**<br>**c/o Schussler & Kutsulis, Ltd.**<br>**9631 West 153rd Street, Suite 35**<br>**Orland Park, IL 60462** |
| **Sammy Air LLC** | **American Express**<br>**Suite 0002**<br>**Chicago, IL 60679** |
| **Sammy Air LLC** | **American Heartland Bank & Trust**<br>**799 Heartland Drive**<br>**P.O. Box 350**<br>**Sugar Grove, IL 60554** |
| **Sammy Air LLC** | **American Heartland Bank & Trust**<br>**799 Heartland Drive**<br>**P.O. Box 350**<br>**Sugar Grove, IL 60554** |
| **Sammy Air LLC** | **Skystead, Inc.**<br>**200 Aviation Drive North**<br>**Suite 6**<br>**Naples, FL 34104** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Charles P Bruti**                                                                Case No.
_____
                                                    Debtor(s)                 Chapter   **11**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**24**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 27, 2007**                              Signature   **/s/ Charles P Bruti**
                                                                        **Charles P Bruti**
                                                                        Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Charles P Bruti**

Debtor(s)

Case No.

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **28,961.00** |
   | Prior to the filing of this statement I have received | $ | **28,961.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   �■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   �■ Debtor    ☐ Other (specify):

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   �■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Advance toward services to be rendered**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **In Chapter 13, all other purposes required by Local Rule 2090-5, but not including any adversary proceeding.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Other than in Chapter 13 cases, representation in adversary proceedings, lien avoidances, relief from stay motions, or any other contested motion.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 27, 2007**

**/s/ David E. Grochocinski**
**David E. Grochocinski**
**Grochocinski Grochocinski & Lloyd**
**1900 Ravinia Pl.**
**Orland Park, IL 60462**
**708-226-2700  Fax: 708-226-9030**

---

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

---

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| David E. Grochocinski | X /s/ David E. Grochocinski | December 27, 2007 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**1900 Ravinia Pl.**
**Orland Park, IL 60462**
**708-226-2700**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Charles P Bruti | X /s/ Charles P Bruti | December 27, 2007 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

Case No. (if known) _____

X _____
Signature of Joint Debtor (if any)          Date

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Charles P Bruti**                      Case No. _____

                                  Debtor(s)        Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     _____ **47**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December 27, 2007** _____      **/s/ Charles P Bruti** _____

                                        **Charles P Bruti**

                                        Signature of Debtor

```
Amazon.com
P.O. Box 15153
Wilmington, DE 19886


American Express
Suite 0002
Chicago, IL 60679


American Heartland Bank & Trust
799 Heartland Drive
P.O. Box 350
Sugar Grove, IL 60554


Arete 3 Ltd
c/o Dirk Van Beek
7220 W. 194th Street, Suite 104
Tinley Park, IL 60487


Arete 3 Ltd.
601 S. LaSalle Street
Suite 610
Chicago, IL 60605


Aurelio's of Lockport, Ltd


Aurelio's Pizza Franchise, Ltd.
18162 S. Harwood Avenue
Homewood, IL 60430


Aurelios of Lockport


Aurelios of Lockport, Ltd


Aurelios of Lockport, Ltd.


Aurelios of Orland


Aurelios of Orland Ltd
```

Aurelios Pizza Franchise
18162 S. Harwood Avenue
Homewood, IL 60430


Bank of America
P.O. Box 15026
Wilmington, DE 19850


Barbara Bruti


Barbara J. Bruti


Bruti Associates


Bruti Associates, Ltd.


Campus Properties Mgmt, Inc.
c/o Steven Prodehl
1861 Black Road
Joliet, IL 60435


CCO Mortgage
P.O. Box 6260
Glen Allen, VA 23058


Charles Smith
c/o Schain Burney Ross et al
222 N. LaSalle Street, Suite 1910
Chicago, IL 60601


Chase
P.O. Box 15153
Wilmington, DE 19850


Chrysler Financial
P.O. Box 55000
Dept 277001
Detroit, MI 48255

First Community Bank
1111 Dixie Hwy
Beecher, IL 60401


First Community Bank & Trust
1111 Dixie HWy
P.O. Box 457
Beecher, IL 60401


First United Bank
7626 W. Lincoln Hwy
Frankfort, IL 60423


Founders Bank
14497 John Humphrey Drive
Orland Park, IL 60462


Founders Bank
c/o Richard Burke


Founders Bank
6825 West 111th Street
Worth, IL 60482


GSWT Orland Park LLC
c/o Zifkin Realty Mgmt LLC
560 W. Washington, Suite 400
Chicago, IL 60661


GSWT Orland Park, LLC
c/o Schwartz Cooper
180 N. LaSalle, Suite 2700
Chicago, IL 60601


GSWT Orland Park, LLC
c/o Zifkin Realty Mgmt LLC
560 W. Washington, Suite 400
Chicago, IL 60661


Harris Bank
P.O. box 6201
Carol Stream, IL 60197

Harris NA
P.O. Box 6201
Carol Stream, IL 60197


Harris NA
P.O. Box 5043
Rolling Meadows, IL 60008


Lexus Financial Services
P.O. Box 4102
Carol Stream, IL 60197


Lockport LAD LLC
P.O. Box 8642


Lockport LAD, LLC
P.O. Box 8642
Rolling Meadows, IL 60008


National City
K-A16-F5
P.O. box 2349
Kalamazoo, MI 49003


Sammy Air LLC


Shore Development Co.
c/o Cooper, Storm & Piscopo
117 S. Second Street
Geneva, IL 60134


Skystead, Inc.
200 Aviation Drive North
Suite 6
Naples, FL 34104


Tidal Construction Services, Inc.
c/o Schussler & Kutsulis, Ltd.
9631 West 153rd Street, Suite 35
Orland Park, IL 60462


United Mileage Plus
P.O. Box 15153
Wilmington, DE 19886

```
V&L Plumbing, Inc.
c/o Schussler & Kutsulis, Ltd
9631 West 153rd Street, Suite 35
Orland Park, IL 60462


West & Zajac Advertising
c/o Lulich & Goff
9501 W. 144th Place, Suite 201
Orland Park, IL 60462


Wilson Heating & Air Conditioning
c/o Schussler & Kutsulis, Ltd.
9631 West 153rd Street, Suite 35
Orland Park, IL 60462
```